FILED

JAMES J. VILT, JR. - CLERK

JUL 0 9 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA

v.

**JIMMIE CURTIS FLOYD, JR.**
a/k/a JIMMIE CURTIS FLOYD
a/k/a JIMMIE FLOYD

INDICTMENT

NO.  1:25-a-37-GNS

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(d)
18 U.S.C. § 2312
28 U.S.C. § 2461

The Grand Jury charges:

COUNT 1
*(Interstate Transportation of Stolen Motor Vehicle)*

On or about and between February 11, 2025, and February 12, 2025, in Warren County, Kentucky, in the Western District of Kentucky, and elsewhere, the defendant, **JIMMIE CURTIS FLOYD, JR.**, a/k/a/ JIMMIE CURTIS FLOYD, a/k/a JIMMIE FLOYD, did unlawfully transport in interstate commerce a stolen motor vehicle, that is, a black 2006 Pontiac G6 sedan, bearing Vehicle Identification Number 1G2ZG558764158713, and Vehicle Tag 876BNGH, from the State of Tennessee to Warren County, in the State of Kentucky, knowing the same to be stolen, in violation of Title 18, United States Code, Section 2312.

The Grand Jury further charges:

COUNT 2
*(Possession of a Firearm by a Prohibited Person)*

On or about February 12, 2025, in the Western District of Kentucky, Warren County, Kentucky, Barren County, Kentucky, and elsewhere, the defendant, **JIMMIE CURTIS FLOYD, JR.**, a/k/a/ JIMMIE CURTIS FLOYD, a/k/a JIMMIE FLOYD, knowingly possessed, in and affecting commerce, two firearms, that is, a DPMS, model A-15, (Multi) 5.56 caliber

semiautomatic rifle, bearing serial number FFH090873; a Ruger, model LC380, .380 caliber semiautomatic pistol, bearing serial number 326-79809; and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about July 23, 2019, in Marion Superior Court, Criminal Division 3, Marion County, Indiana, in Case Number 49G03-1905-F5-019520, **JIMMIE CURTIS FLOYD, JR.**, a/k/a/ JIMMIE CURTIS FLOYD, a/k/a JIMMIE FLOYD, was convicted of the offense of Robbery-Taking Property From Another by Use of or Threatening Use of Force, a felony;

> In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(8), a felony punishable by imprisonment for more than one year, the defendant, **JIMMIE CURTIS FLOYD, JR.**, a/k/a/ JIMMIE CURTIS FLOYD, a/k/a JIMMIE FLOYD, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offense including, but not limited to a DPMS, model A-15, (Multi) 5.56 caliber semiautomatic rifle, bearing serial number FFH090873; a Ruger, model LC380, .380 caliber semiautomatic pistol, bearing serial number 326-79809; and ammunition.

A TRUE BILL.

**REDACTED**

FOREPERSON

KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:RNR

2

UNITED STATES OF AMERICA v. **JIMMIE CURTIS FLOYD, JR.**, a/k/a/ JIMMIE CURTIS FLOYD, a/k/a JIMMIE FLOYD

### P E N A L T I E S

Count 1:        NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release.
Count 2:        NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release.
Forfeiture

### N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due _immediately_ unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1.  **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two-week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2.  Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.  Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.    That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.    Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:        Clerk, U.S. District Court
                   106 Gene Snyder U.S. Courthouse
                   601 West Broadway
                   Louisville, KY  40202
                   502/625-3500

BOWLING GREEN:     Clerk, U.S. District Court
                   120 Federal Building
                   241 East Main Street
                   Bowling Green, KY  42101
                   270/393-2500

OWENSBORO:         Clerk, U.S. District Court
                   126 Federal Building
                   423 Frederica
                   Owensboro, KY  42301
                   270/689-4400

PADUCAH:           Clerk, U.S. District Court
                   127 Federal Building
                   501 Broadway
                   Paducah, KY  42001
                   270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.